HONORABLE THOMAS S. ZILLY
Date of Hearing: March 24, 2009



09-CV-00106-APPL

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JARED PECK, a Washington resident, and JAMES BOWDEN, a Washington resident, individually and on behalf of all the members of the class of persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CINGULAR WIRELESS, LLC, a Delaware limited liability company, d/b/a Cingular Wireless, NEW CINGULAR WIRELESS SERVICES, INC., a Delaware corporation d/b/a AT&T Wireless, NEW CINGULAR WIRELESS SERVICES PURCHASING COMPANY, L.P., a Delaware limited partnership, d/b/a Cingular Wireless, and NEW CINGULAR WIRELESS PCS, LLC, a Delaware limited liability company, d/b/a Cingular Wireless,<br><br>Defendants. | Case No.: C09-0106TSZ<br><br>STIPULATION AND ORDER DISMISSING CLAIMS BY AND AGAINST PLAINTIFF JARED PECK<br><br>**Clerk's Action Required** |

## I. STIPULATION

The parties, through their designated counsel, hereby stipulate to the dismissal with prejudice of all claims, individual or representative, brought by plaintiff Jared Peck against defendants and without the award of fees or costs to any party. The claims by plaintiff James Bowden, individual and representative, shall proceed in this matter.

---

STIPULATION AND ORDER DISMISSING CLAIMS BY AND AGAINST
PLAINTIFF JARED PECK - C09-0106TSZ
-1-

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

The parties further stipulate to the dismissal with prejudice of all counterclaims by defendants against Mr. Peck and without costs or fees to any party.

DATED this 24th day of March 2009.

STOKES LAWRENCE, P.S.

BRESKIN JOHNSON & TOWNSEND, PLLC

By: /s/ Shelley M. Hall
Scott A.W. Johnson (WSBA #15543)
Shelley M. Hall (WSBA #28586)
Aneelah Afzali (WSBA #34552)
Attorneys for Defendants

By: /s/ Daniel F. Johnson
Daniel F. Johnson (WSBA #27848)
David E. Breskin (WSBA #10607)
Attorneys for Plaintiff

## II. ORDER

Based upon the foregoing stipulation, it is hereby ordered that all claims by plaintiff Jared Peck against defendants in the above-entitled cause are dismissed with prejudice and without costs or fees to any party.

Based upon further stipulation, it is hereby ordered that the counterclaims of defendants against plaintiff Jared Peck in the above-entitled cause are dismissed with prejudice and without costs or fees to any party. Defendants' motion for summary judgment as to Peck's claims and the counterclaims against him, docket no. 10,* is STRICKEN as moot.

DATED this 31st day of March, 2009.

THE HONORABLE THOMAS S. ZILLY

Presented by:
STOKES LAWRENCE, P.S.

By: /s/ Shelley M. Hall
Scott A.W. Johnson (WSBA #15543)
Shelley M. Hall (WSBA #28586)
Aneelah Afzali (WSBA #34552)
Attorneys for Defendants

\* The unredacted version of defendants' motion is filed under seal as docket no. 13.

STIPULATION AND ORDER DISMISSING CLAIMS BY AND AGAINST
PLAINTIFF JARED PECK - C09-0106TSZ

STOKES LAWRENCE, P.S.
800 FIFTH AVENUE, SUITE 4000
SEATTLE, WASHINGTON 98104-3179
(206) 626-6000

-2-