1
2
3
4
5
                           UNITED STATES DISTRICT COURT
6                         WESTERN DISTRICT OF WASHINGTON
                                      AT SEATTLE
7

8  JARED PECK and JAMES BOWDEN,
   individually and on behalf of all members of the
9  class of persons similarly situated,
10                                                    Case No. C09-106TSZ
              Plaintiffs,
11                                                    TAXATION OF COSTS
        v.
12
   AT&T MOBILITY LLC, f/k/a CINGULAR
13 WIRELESS LLC, et al.,

14            Defendants.

15     Having considered briefs in support of, and in opposition to, the cost bill herein, costs in the
16 cause indicated above are hereby taxed against PLAINTIFF JAMES BOWDEN , and on behalf of
17 DEFENDANTS in the amount of $1,992.45 as follows:
18
                                          Requested         Disallowed          Allowed
19 I.   FILING FEES                         $600.00             0               $600.00
20 Clerk determined that defendant should be allowed removal fee for both the 2006 and 2009 filings
21 since they arose out of the same complaint or amended complaint being raised by plaintiff.
22
23
24
25
26 TAXATION OF COSTS -- 1

|   | Requested | Disallowed | Allowed |
|---|---|---|---|
| II. DEPOSITION COSTS | $1,392.45 | 0 | $1,392.45 |

Costs were allowed for depositions that were used by either party in support of or in opposition to motions filed in case.

Dated this ___1st___ day of February, 2010 .

_____

Bruce Rifkin

Clerk, U.S. District Court

TAXATION OF COSTS -- 2